UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Everardo Alcazar, Jr., | Case No. 22-cv-1330 (WMW/LIB) |
| Petitioner, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| B. Eischen, | |
| Respondent. | |

---

This matter is before the Court on the June 8, 2022 Report and Recommendation (R&R) of United States Magistrate Judge Leo I. Brisbois. (Dkt. 5.) No objections to the R&R have been filed. In the absence of timely objections, this Court reviews a R&R for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Having reviewed the R&R, the Court finds no clear error.

Based on the R&R and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED**:

1. The June 8, 2022 R&R, (Dkt. 5), is **ADOPTED**.

2. Petitioner Everardo Alcazar, Jr.'s petition for a writ of habeas corpus, (Dkt. 1), is **DISMISSED WITHOUT PREJUDICE**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: July 13, 2022

s/Wilhelmina M. Wright
Wilhelmina M. Wright
United States District Judge